Taggart *et al. v.* The State, *ex rel.* Van Buren Township.

---

## TAGGART ET AL. *v.* THE STATE, EX REL. VAN BUREN TOWNSHIP.

From the Brown Circuit Court.

*F. T. Hord,* for appellants.

*W. R. Harrison, W. S. Shirley,* and *W. G. Quick,* for appellee.

DOWNEY, J.—There is no question that needs to be decided in this case, which was not decided in the case of *Taggart* v. *The State, ex rel. Jackson Township, ante,* p. 42. For the reasons there stated, the judgment in this case must be reversed.

The judgment is reversed, with costs; and the cause is remanded.